## PETITION OF KETELTAS.

APPEAL by the mayor, aldermen and commonalty of the city of New York from an order to vacate an assessment on the property of the petitioner Eugene Keteltas for curbing and flagging East street in said city.

*E. Delafield Smith,* for appellant.

*Neville & Andrews,* for respondent.

DAVIS, P. J.

This case was in all respects like that of *Petition of Phillips, ante,* p. 484, and the decision is the same.

*Order reversed.*

---

## PETITION OF BURKE.

*Assessment — proceedings to vacate — evidence of ownership.*

The affidavit in behalf of B., who petitioned to vacate an assessment on certain lots alleged to be void, stated " that at the time of the confirmation of the assessment the petitioner was the lessee of and as such liable for the payment of the assessment imposed on the lots mentioned," etc. *Held,* not to show an interest in the petitioner in the lands affected by the assessment such as entitled him to institute proceedings to vacate the same.

APPEAL by the mayor, aldermen and commonalty of the city of New York from an order at special term vacating an assessment on the property of the petitioner Edward Burke for a cross-walk across West street in said city.

*E. Delafield Smith,* for appellants.

*Neville & Andrews,* for respondent.

DAVIS, P. J.

The facts in this case, are similar to those in *Petition of Phillips, ante,* p. 484, and the decision and findings the same.

*Order reversed.*